1  Steven R. Yee (SBN 155671)
   sry@yeelaw.com
2  Karlfeldt Su (SBN 270180)
   ks@yeelaw.com
3  YEE & ASSOCIATES
   3452 East Foothill Blvd, Suite 1000
4  Pasadena, California 91107-6033
   Telephone: (626) 449-8000
5
6  Attorneys for Defendants
   KEN'S JAPANESE RESTAURANT and
7  JIM UENO, AS TRUSTEE OF THE UENO FAMILY TRUST

8               UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA

| NELSON CHILIN, | CASE NO. 5:24-cv-00556-JGB-DTB |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING THE STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS KEN'S JAPANESE RESTAURANT AND JIM UENO, AS TRUSTEE OF THE UENO FAMILY TRUST TO RESPOND TO PLAINTIFF NELSON CHILIN'S COMPLAINT** (L.R. 8-3) |
| KEN'S JAPANESE RESTAURANT; JIM UENO, AS TRUSTEE OF THE UENO FAMILY TRUST: and DOES 1 through 10; | |
| Defendants. | |
| | Complaint served:     April 1, 2024 |
| | Current response date: April 22, 2024 |
| | New response date:    June 24, 2024 |

///
///
///
///
///

1

# ORDER

Based on the joint stipulation between plaintiff NELSON CHILIN and defendants KEN'S JAPANESE RESTAURANT and JIM UENO, AS TRUSTEE OF THE UENO FAMILY TRUST, and good cause appearing therefore:

The deadline for defendants KEN'S JAPANESE RESTAURANT and JIM UENO, AS TRUSTEE OF THE UENO FAMILY TRUST to respond to plaintiff NELSON CHILIN's complaint is extended to _____ June 24, 2024.

**IT IS SO ORDERED.**

DATED: May 1, 2024

The Honorable Jesus G. Bernal
United States District Judge